UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DANIEL MARCEL,

                        Petitioner,

   -against-

SEAN M. BRYNE, Commissioner of New
York State Division of Criminal Justice
Services; ERIC T. SCHNEIDREMAN,
Attorney General of the State of New York,

                       Respondents.
-----------------------------------------------------------------X

JUDGMENT
11-CV- 4695 (RRM)

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ NOV 23 2011 ★
BROOKLYN OFFICE

       A Memorandum and Order of Honorable Roslynn R. Mauskopf, United States District Judge, having been filed November 10, 2011, denying the petition for a writ of habeas corpus; denying as moot Petitioner's request for the appointment of counsel; ordering that a Certificate of Appealability shall not issue; certifying pursuant to 28 U.S.C. § 1915(a) that any appeal from a judgment denying the petition would not be taken in good faith; it is

       ORDERED and ADJUDGED that the petition for a writ of habeas corpus is denied; that Petitioner's request for the appointment of counsel is denied as moot; that a Certificate of Appealability shall not issue; that pursuant to 28 U.S.C. § 1915(a) any appeal from a judgment denying the instant petition would not be taken in good faith.

Dated: Brooklyn, New York
       November 22, 2011

                                            DOUGLAS C. PALMER
                                            Clerk of Court